**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Erin M. Kocotis | : | |
|     DEBTOR | : | BKY. NO. 17-16362MDC13 |
| Erin M. Kocotis | : | |
|     Plaintiff | | |
|     vs. | : | ADV. NO. |
| PHFA | : | |
|     Defendant | | |

**COMPLAINT TO DETERMINE SECURED STATUS of 3rd Mortgage, PHFA**

1. Debtor filed for protection under Chapter 13 on September 18, 2017.
2. Debtor owns her residence 4221 Fairdale Road, Philadelphia, PA with an appraised value of $120,000. Exhibit A.
3. Debtor has City liens of approximately $5,700 and a 1st mortgage with Nationstar of approximately $128,000 for senior liens totally $133,700.
4. The 2nd mortgage to PHH in the approximate amount of $58,000 is wholly unsecured.
5. The 3rd mortgage debt to PHFA in the amount of $9,469 is wholly unsecured.

    WHEREFORE, Debtor prays that this Honorable Court entered an order finding the 3rd mortgage to PHFA wholly unsecured pursuant to 11 USC 506 and in Re: McDonald

    Respectfully submitted,

Date: **October 3, 2017**    BY: /s/ Michael A. Cataldo
    MICHAEL A. CATALDO, ESQUIRE
    Cibik & Cataldo, P.C.
    1500 Walnut Street, Suite 900
    Philadelphia, PA 19102
    215-735-1060/fax 215-735-6769