B250a
(1/88)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re  
    Erin M. Kocotis  
        Debtor

Bankruptcy No. 17-16362MDC

Erin M. Kocotis  
        Plaintiff  
    vs.  
PHFA  
        Defendant

Adversary No. 17-00298

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days. Answer is due **11/03/2017**.

    Address of Clerk  
        U.S. Bankruptcy Court  
        Robert N.C. Nix Building  
        900 Market Street, Suite 400  
        Philadelphia  PA   19107-4299

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name/Address of Plaintiff's Attorney  
        Michael A. Cataldo, Esquire  
        1500 Walnut Street  
        Suite 900  
        Philadelphia, PA 19102

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

FOR THE COURT

TIMOTHY B. MCGRATH  
CLERK

October 4, 2017

By: s/ Antoinette Stevenson  
Deputy Clerk

