Bankruptcy No. 17-16362MDC    Adversary No. 17-00298

## CERTIFICATE OF SERVICE

I, _Michael A. Cataldo_ certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made _October 5, 2017_ (date) by:

(✓) Mail service: Regular, first class United States mail, postage pre-paid, addressed to:

See attached list

( ) Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

( ) Residence Service: By leaving the process with the following adult at:

( ) Publication: The defendant was served as follows:[Describe briefly]

(✓) State Law: The Defendant was served pursuant to the laws of the State of ___PA___ (name of state) as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

_10/5/17_                    _Michael A. Cataldo_
Date                          Signature

Print Name         Michael A. Cataldo
Business Address   1500 Walnut St. Suite 900
City, State, Zip   Philadelphia, PA 19102

William C. Miller, Esquire
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA 19105

Jada Greenhouse, Esquire
PHFA, Assistant Counsel
PO Box 8029
Harrisburg, PA 17105

Bankruptcy Dept.
Pennsylvania Housing Finance Agency
PO Box 8029
Harrisburg, Pa 17105

Robert B. Crowl, President & Chief Executive Officer
PHH Mortgage
1 Mortgage way, Mount Laurel, NJ 08054

Mark Udren, Esquire
Udren Law Offices
111 Woodcrest Road
Suite 200
Cherry Hill, NJ

Brian Hudson, Executive Director
PHFA
PO Box 8029
Harrisburg, PA 17105